UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROBERT JOHN ANTHONY MARTINEZ, § <br> Petitioner, § <br> § <br> v. § <br> § <br> LORIE DAVIS, Director, Texas Department § <br> of Criminal Justice, Correctional Institutions § <br> Division, § <br> Respondent. § | Civil Action No. 1:17-cv-00091 |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is Robert John Anthony Martinez' (hereafter "Petitioner) "Petition for a Writ of Habeas Corpus by a Person in State Custody" (Docket No. 1); Lorie Davis' (hereafter "Respondent") "Davis's Motion for Summary Judgment with Brief in Support" (Docket No. 16); and "Magistrate Judge's Report and Recommendation" (hereafter "R&R") (Docket No. 22). The R&R recommends dismissing Petitioner's "Petition for a Writ of Habeas Corpus by a Person in State Custody" (Docket No. 1). No objections have been filed. After a *de novo* review of the file, the R&R is **ADOPTED**.

It is therefore **ORDERED, ADJUDGED**, and **DECREED** that Petitioner's "Petition for a Writ of Habeas Corpus by a Person in State Custody" (Docket No. 1) is dismissed with prejudice. A certificate of appealability shall not issue. The Clerk of the Court is **ORDERED** to close this case.

Signed on this 7th day of February, 2018.

Rolando Olvera
United States District Judge

1